*Wednesday, December 12, 2001*

## MOTION DOCKET

**98–1474. State v. Coley.**
Lucas C.P. No. CR971449. Upon consideration of appellant's motion for stay of execution pending filing of timely application to reopen pursuant to S.Ct.Prac.R. XI(5),

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

IT IS FURTHER ORDERED that if such application to reopen is timely filed, this stay shall continue pending final disposition of the application.

## MISCELLANEOUS DISMISSALS

**01–443. Ohio River Pipe Line LLC v. Henley.**
Fairfield App. No. 00CA16. This cause is pending before the court as an appeal from the Court of Appeals for Fairfield County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–1304. Ohio River Pipe Line LLC v. Gutheil.**
Pickaway App. No. 2000CA36. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Fairfield County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–1952. State ex rel. Spurlock v. Dayton Police Dept.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, December 13, 2001*

## MEDIATION DOCKET

**99–570. DeRolph v. State.**
Perry C.P. No. 22043. This cause is pending before the court upon the granting of a motion for reconsideration.

IT IS ORDERED by the court, *sua sponte*, that Howard S. Bellman be appointed as master commissioner in this matter.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.